1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  KIMBERLY M. BRIGGS (CASBN 132043)
   Assistant United States Attorney
5
           1301 Clay Street, Suite 340-S
6          Oakland, CA 94612
           Telephone: (510) 637-3680
7          E-mail: kimberly.briggs@usdoj.gov

8  Attorneys for the Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                            OAKLAND BRANCH

12
   UNITED STATES OF AMERICA,          )   No. CR-07-00409-SBA
13                                    )
                                      )
14              Plaintiff,            )
                                      )   STIPULATION AND [PROPOSED]
15       v.                           )   ORDER TO CONTINUE STATUS
                                      )   HEARING MAY 28, 2008 TO
16                                    )   JUNE 24, 2008
   JOEL SANCHEZ, ALFREDO SANCHEZ,     )
17 and HECTOR REYNOSO,                )
                                      )
18              Defendants.           )
                                      )
19 _____)

20       It is hereby stipulated, by and between the parties that the status hearing set for May 28,

21 2008 be vacated and that the matter be set for a status hearing on June 24, 2008 at 9:00 am.

22       It is also stipulated that the period from May 28, 2008 to June 24, 2008, shall be excluded

23 from the calculation of time in which the trial of the above captioned matter must commence

24 pursuant to the Speedy Trial Act, Title 18 U.S.C. Section 3161(c). The parties stipulate that the

25 time is excludable from the time limitations of the Speedy Trial Act because the

26 interests of justice served by granting a continuance.

1  Such continuance is required because a defendant was just added to the indictment and
2  defense counsel needs an opportunity to review the discovery and determine if any motions
3  should be filed. This continuance is allowed under Title 18, U.S.C. 3161(h)(7) and
4  (8)(A)&(B)(iv) to allow a reasonable period of delay when a new defendant is joined for trial,
5  and to allow for the reasonable time necessary for effective preparation of the case.

6  As such, the parties respectfully request that the status hearing set for May 28, 2008 be
7  vacated and the matter be continued to June 24, 2008 at 9:00 a.m. for a status hearing.

9  DATED: May 28, 2008                     Respectfully submitted,

                                           _____
                                           KIMBERLY M. BRIGGS
                                           Assistant United States Attorney

13 DATED: May 28, 2008
                                           _____
                                           EDWARD G. DUREE
                                           Attorney for Joel Sanchez

15 DATED: May 28, 2008
                                           _____
                                           ROBERT L. FORKNER
                                           Attorney for Alfredo Sanchez

18 DATED: May 28, 2008
                                           _____
                                           IVAN MORSE
                                           Attorney for Hector Reynoso

Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties - specifically, to allow the government to supersede the indictment - pursuant to 18 U.S.C. Sections 3161(h)(8)(A) and (B)(iv) an exclusion of time is warranted under the Speedy Trial Act. Based on these findings,

    Such continuance is required because a defendant was just added to the indictment and defense counsel needs an opportunity to review the discovery and determine if any motions should be filed. This continuance is allowed under Title 18, U.S.C. 3161(h)(7) and (8)(A)&(B)(iv) to allow a reasonable period of delay when a new defendant is joined for trial, and to allow for the reasonable time necessary for effective preparation of the case.

    As such, the parties respectfully request that the status hearing set for May 28, 2008 be vacated and the matter be continued to June 24, 2008 at 9:00 a.m. for a status hearing.

DATED: May 28, 2008                Respectfully submitted,

                                   _____
                                   KIMBERLY M. BRIGGS
                                   Assistant United States Attorney

DATED: May 28, 2008
                                   _____
                                   EDWARD G. DUREE
                                   Attorney for Joel Sanchez

DATED: May 28, 2008
                                   _____
                                   ROBERT L. FORKNER
                                   Attorney for Alfredo Sanchez

DATED: May 28, 2008
                                   _____
                                   IVAN MORSE
                                   Attorney for Hector Reynoso


    Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties - specifically, to allow the government to supersede the indictment - pursuant to 18 U.S.C. Sections 3161(h)(8)(A) and (B)(iv) an exclusion of time is warranted under the Speedy Trial Act. Based on these findings,

Case 4:07-cr-00409-SBA   Document 50   Filed 05/29/2008   Page 4 of 6

MAY-29-2008 09:15  FROM:ROBERT L FORKNER,  AT 2095441060   US ATTORNEYS OFFICE   TO:15106373724   PAGE 03/04
05/28/2008  14:30   5106373724

1  Such continuance is required because a defendant was just added to the indictment and
2  defense counsel needs an opportunity to review the discovery and determine if any motions
3  should be filed. This continuance is allowed under Title 18, U.S.C. 3161(h)(7) and
4  (8)(A)&(B)(iv) to allow a reasonable period of delay when a new defendant is joined for trial,
5  and to allow for the reasonable time necessary for effective preparation of the case.
6  As such, the parties respectfully request that the status hearing set for May 28, 2008 be
7  vacated and the matter be continued to June 24, 2008 at 9:00 a.m. for a status hearing.
8
9  DATED: May 28, 2008                    Respectfully submitted,
10
11                                         KIMBERLY M. BRIGGS
                                           Assistant United States Attorney
12
13 DATED: May 28, 2008
                                           EDWARD G. DUREE
14                                         Attorney for Joel Sanchez
15
   DATED: May 28, 2008
16                                         ROBERT L. FORKNER
                                           Attorney for Alfredo Sanchez
17
18 DATED: May 28, 2008
                                           IVAN MORSE
19                                         Attorney for Hector Reynoso
20
21
   Based on the reason provided in the stipulation of the parties above, the Court hereby
22
   FINDS that for adequate preparation of the case by all parties - specifically, to allow the
23
   government to supersede the indictment - pursuant to 18 U.S.C. Sections 3161(h)(8)(A) and
24
   (B)(iv) an exclusion of time is warranted under the Speedy Trial Act. Based on these findings,
25
26

1  Such continuance is required because a defendant was just added to the indictment and
2  defense counsel needs an opportunity to review the discovery and determine if any motions
3  should be filed. This continuance is allowed under Title 18, U.S.C. 3161(h)(7) and
4  (8)(A)&(B)(iv) to allow a reasonable period of delay when a new defendant is joined for trial,
5  and to allow for the reasonable time necessary for effective preparation of the case.
6  As such, the parties respectfully request that the status hearing set for May 28, 2008 be
7  vacated and the matter be continued to June 24, 2008 at 9:00 a.m. for a status hearing.

DATED: May 28, 2008                     Respectfully submitted,

                                        _____
                                        KIMBERLY M. BRIGGS
                                        Assistant United States Attorney

DATED: May 28, 2008
                                        _____
                                        EDWARD G. DUREE
                                        Attorney for Joel Sanchez

DATED: May 28, 2008
                                        _____
                                        ROBERT L. FORKNER
                                        Attorney for Alfredo Sanchez

DATED: May 28, 2008
                                        _____
                                        IVAN MORSE
                                        Attorney for Hector Reynoso

Based on the reason provided in the stipulation of the parties above, the Court hereby
FINDS that for adequate preparation of the case by all parties - specifically, to allow the
government to supersede the indictment - pursuant to 18 U.S.C. Sections 3161(h)(8)(A) and
(B)(iv) an exclusion of time is warranted under the Speedy Trial Act. Based on these findings,

1     IT IS HEREBY ORDERED THAT the status hearing currently scheduled for May 28, 2008 shall be vacated, and the matter shall be continued for a status hearing to June 24, 2008 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: May ___, 2008

                                                          SAUNDRA BROWN ARMSTRONG
                                                          United States District Judge