**United States District Court**
For the Northern District of California

|   |   |
|---|---|
| IN THE UNITED STATES DISTRICT COURT | |
| FOR THE NORTHERN DISTRICT OF CALIFORNIA | |

USA,

      Plaintiff,

  v.

ALFREDO SANCHEZ,
JOEL SANCHEZ,
HECTOR REYNOSO

      Defendant.
      _____/

No. C 07-00409 SBA

**CLERK'S NOTICE**

The Status Conference set for Tuesday, June 24, 2008, at 9:00 a.m., has been moved to Thursday, June 19, 2008, at 9:00 a.m.

Dated: 6/11/08

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
    LISA R. CLARK
    Courtroom Deputy