**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 6/19/08

CR 07-00409SBA                           JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

ALFREDO SANCHEZ
JOEL SANCHEZ
HECTOR SANCHEZ                           Present (X)  Not Present ( )  In Custody ( )
   DEFENDANT(S)

                                         IVAN MORRIS
                                         IVAN MORRIS
<u>KIM BRIGGS</u>                               <u>IVAN MORRIS</u>
U.S. ATTORNEY                            ATTORNEY FOR DEFENDANT(S)


**Deputy Clerk:** Lisa R. Clark                <u>   STARR WILSON             </u>
                                              Court Reporter


  <u>INEZ SWANEY   </u>                         <u>                            </u>
  Interpreter                                 Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:**   STATUS - HELD

**RESULT OF HEARING:**   COURT WAS NOTIFIED BY COUNSEL APPEARING THAT THE COUNSEL FOR JOEL SANCHEZ HAS NOT REGISTERED FOR E-FILING AND PROBABLY IS NOT AWARE OF THE DATE CHANGE; COURT HAS ORDERED THAT COUNSEL FOR JOEL SANCHEZ WILL REGISTER IMMEDIATELY OR WILL HAVE TO BE REPLACED WITH COUNSEL THAT IS REGISTERED; COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL AND CONTINUITY OF DEFENSE COUNSEL UNTIL 7/1/08

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to**   7/1/08   **for** Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
**Case Continued to**_____ @ 9:00 a.m. for _____ Motions
**Brief Sched.** Motion papers by_____ Opposition by_____ Reply by_____
**Case Continued to**_____ for Pretrial Conference at 11:00 a.m.
**Pretrial Papers Due**_____ Motions in limine/objections to evidence due_____
**Responses to motions in limine and/or responses to objections to evidence due**_____

**Case Continued to_____for Trial(Court/Jury:\_\_\_\_Days/weeks) at 8:30 a.m.**
**Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to_____for Change of Plea @ 11:00 a.m.**
**cc:**