UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date:7/1/08

CR 07-00409SBA                          JUDGE: SAUNDRA BROWN ARMSTRONG

**ALFREDO SANCHEZ**                     IVAN MORRIS S/A
**JOEL SANCHEZ**                        ED DUREE
**HECTORY REYNOSO**                     IVAN MORRIS
                                        Present (1,2 ) Not Present ( ) In Custody ( )
     DEFENDANT(S)


 **KIM BRIGGS**
U.S. ATTORNEY                           ATTORNEY FOR DEFENDANT(S)


**Deputy Clerk:  Lisa R. Clark**            RAYNEE MERCADO
                                            Court Reporter


 **INEZ SWANEY**
 Interpreter                            Probation Officer
                            **PROCEEDINGS**

**REASON FOR HEARING:      STATUS - HELD**

**RESULT OF HEARING:  HECTORY REYNOSOS' APPEARANCE HAS BEEN WAIVED; COURT FINDS EXCLUDABLE TIME UNTIL 7/22/08 BASED ON ADEQUATE PREPARATION OF COUNSEL AND CONTINUITY OF DEFENSE COUNSEL**


                            **JUDGMENT:**


                            **PROCEEDINGS**

**Case Continued to   7/22/08         for Further Status**/Trial Setting/ Motion Setting/Evidentiary Hearing @ 10:00 a.m.
**Case Continued to_____ @ 9:00 a.m. for_____ Motions**
**Brief Sched. Motion papers by_____Opposition by_____Reply by____**
**Case Continued to_____for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due_____Motions in limine/objections to evidence due _____**
**Responses to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.**
**Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.**

**Case Continued to_____for Change of Plea @ 11:00 a.m.**
**cc:**